# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF,
              Appellant,

        vs.

JAMES MARSH,
              Respondent.

No. 80830

FILED

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting respondent's motion for disclosure of non-public information. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the documents presented with the notice of appeal reveals jurisdictional defects. *See* NRAP 3A. No statute or court rule allows an appeal from an order granting a motion for disclosure of non-public information. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). An appeal may be taken from a special order which affects rights of a party to the action which grow out of the judgment previously entered and are incorporated in the judgment. *See Peck v. Crouser*, 129 Nev. 120, 123, 295 P.3d 586, 587-588 (2013). Here, appellant, does not appear to be appealing from a district court order that affects rights growing

SUPREME COURT
OF
NEVADA

(O) 1947A

20-13559

out of, or incorporated in the previous judgment. *See* NRAP 4(a). Accordingly we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Trevor L. Atkin, District Judge
Marlene Rogoff
The Galliher Law Firm
Eighth District Court Clerk